Kevin D. Smith (State Bar No. 113633)
 ksmith@wshblaw.com
Joshua A. Quinones (State Bar No. 186003)
 jquinones@wshblaw.com
Shannon M. Benbow (State Bar No. 229224)
 sbenbow@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: 818 551-6000 ♦ Fax: 818 551-6050

E-FILED 10-20-09
JS-6

Attorneys for Defendants, LEON JAMES THOMAS and REMEL SIMS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MPV, a minor, by and through TANYA YBARRA, her guardian ad litem,<br><br>Plaintiff,<br><br>v.<br><br>REMEL SIMS, INC., a corporation; LEON JAMES THOMAS; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED CONSOLIDATED ACTION | CASE NO. CV 09-2900 PSG (AJWx)<br>Complaint Filed: 4/25/07<br>[Assigned to District Judge Philip S. Gutierrez and Discovery Magistrate Andrew J. Wistrich]<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LEGAL:5580-079/1293283.1

-1-
[PROPOSED] ORDER OF DISMISSAL

Pursuant to Stipulation of the parties, the related consolidated actions, with the lead case of <u>M.P.V. v. Remel Sims, Inc.</u>, case no. CV 09-2900 PSG (AJWx), are hereby dismissed, with prejudice.

DATED: October 19, 2009

**PHILIP S. GUTIERREZ**
_____
JUDGE OF THE UNITED STATES DISTRICT COURT

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050

LEGAL:5580-079/1293283.1

-2-
[PROPOSED] ORDER OF DISMISSAL